Same case below, 422 Fed. Appx. 319.

Same case below, 424 Fed. Appx. 292.

**No. 11-5684. Clarence K. Carter, Petitioner v. Chief Justice and Justices of the Supreme Court of Indiana, et al.**

565 U.S. 948, 132 S. Ct. 409, 181 L. Ed. 2d 268, 2011 U.S. LEXIS 7391.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-5686. Scott Leslie Carmell, Petitioner v. Texas.**

565 U.S. 948, 132 S. Ct. 409, 181 L. Ed. 2d 268, 2011 U.S. LEXIS 7283.

October 11, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Second District, denied.

Same case below, 331 S.W.3d 450.

**No. 11-5693. Timothy Eugene Mack, Petitioner v. Larry Small, Warden.**

565 U.S. 949, 132 S. Ct. 409, 181 L. Ed. 2d 268, 2011 U.S. LEXIS 7374.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5696. Larry Donnell Smith, Petitioner v. United States.**

565 U.S. 949, 132 S. Ct. 409, 181 L. Ed. 2d 268, 2011 U.S. LEXIS 7260.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-5697. Mason Blackburn, Petitioner v. Alabama.**

565 U.S. 949, 132 S. Ct. 410, 181 L. Ed. 2d 268, 2011 U.S. LEXIS 7349.

October 11, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 84 So. 3d 1025.

**No. 11-5700. Jotan Cooper, Petitioner v. Massachusetts.**

565 U.S. 949, 132 S. Ct. 410, 181 L. Ed. 2d 268, 2011 U.S. LEXIS 7362.

October 11, 2011. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 78 Mass. App. 1118, 939 N.E.2d 136.

**No. 11-5703. Amel W. Dalluge, Petitioner v. Washington.**

565 U.S. 949, 132 S. Ct. 410, 181 L. Ed. 2d 268, 2011 U.S. LEXIS 7386.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of Washington denied.

**No. 11-5704. Sean Paul Swain, Petitioner v. William Fullenkamp, et al.**

565 U.S. 949, 132 S. Ct. 410, 181 L. Ed. 2d 268, 2011 U.S. LEXIS 7431.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.